UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE DOUGLAS METZ, II
Plaintiff,

v.  CASE NO.: 6:19-cv-2372-Orl-41EJK

ORANGE COUNTY SHERIFF JOHN W.
MINA, Individually and as Orange County
Sheriff, CORPORAL PATRICIO
GORIS, Badge 5001 and SERGEANT ROBERT
SVITAK, Badge 1272,
Defendants

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

\_\_X\_\_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED this 19th day of December, 2019.

        Respectfully submitted,

        */s/ Vincent R. Pawlowski*
        VINCENT R. PAWLOWSKI, ESQ.
        The Pawlowski Mastrilli Law Group
        1718 East 7th Avenue, Suite 201
        Tampa, Florida 33605
        (813) 242-4404
        Florida Bar #: 0747718
        E-mail for service: Litigation@megajustice.com
        ATTORNEY FOR PLAINTIFF GEORGE DOUGLAS METZ, II