UNITED STATES DISTRICT COURT\
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE DOUGLAS METZ, II

    Plaintiff,

v.                                                      Case No. 6:19-cv-2372-CEM-EJK

ORANGE COUNTY SHERIFF JOHN W.
MINA, Individually and as Orange County
Sheriff, CORPORAL PATRICIO GORIS,
Badge 5001, and SERGEANT ROBERT
SVITAK, Badge 1272, and SERGEANT
JOHNSON,

    Defendants.
_____/

## PLAINTIFF'S INITIAL RULE 26(a)(1) DISCLOSURES

Pursuant to Rule 26(a)(1)(A)(i) through (iv) of the Federal Rules of Civil Procedure, Plaintiff, George Douglas Metz, II, serves his Initial Rule 26(a)(1) Disclosures as follows:

(i) **The name and, if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

    1) Orange County Sheriff John W. Mina
       2500 West Colonial Drive
       Orlando, FL 32804
       (407)254-7000
       is aware of the events described in paragraphs 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 22, 24, 26, 27, 29, 30, 32, 33, 35, 36, and 37 of the Amended Complaint.

2) Corporal Patricio Goris
Orange County Sheriff's Office
2500 West Colonial Drive
Orlando, FL 32804
(407)254-7000
is aware of the events described in paragraphs 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 22, 24, 26, 27, 29, 30, 32, 35 and 36 of the Amended Complaint.

3) Sergeant Robert Svitak
Orange County Sheriff's Office
2500 West Colonial Drive
Orlando, FL 32804
(407)254-7000
is aware of the events described in paragraphs 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 22, 24, 26, 27, 29, 30, 32, 35 and 36 of the Amended Complaint.

4) Sergeant Johnson
Orange County Sheriff's Office
2500 West Colonial Drive
Orlando, FL 32804
(407)254-7000
is aware of events described in paragraphs 15, 16, 17, 18, 20, 22, 24, 26, 27, 29, 30, 32, 35 and 36 of the Amended Complaint.

5) Correction Officer Lipscomb
Orange County Booking and Release Center
3855 South John Young Parkway
Orlando, FL 32839
(407)836-3400
is aware of events described in paragraph 14 of the Amended Complaint.

6) Seth Gasser, M.D.
Tampa Bay Orthopedic Surgery Group
1100 West Kennedy Blvd.
Tampa, FL 33606
(813)463-2815
is aware of the Plaintiff's injuries sustained.

7) Flora Stepansky, M.D.
Advanced Diagnostic Group
3104 West Waters Avenue, Suite 106
Tampa, FL 33614
(813)935-5332
is aware of the Plaintiff's injuries sustained.

8) Charles Phillip Edwards, II
2132 Palm Vista Drive
Apopka, FL 32712
(407)637-4644
is aware of events described in paragraphs 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 22, 24, 26, 27, 29, 30, 32, 35 and 36.

9) George Douglas Metz, II

10) All persons disclosed by Defendant during Discovery.

(ii) **A copy, or a description by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1) ICJIS Arrest Affidavit

2) Orange County Order of Commitment

3) Advanced Diagnostic Group Right Shoulder MRI Report

4) Tampa Bay Orthopedic Surgery Group medical records

5) Camera footage from Plaintiff's cell phone and/or Go Pro Camera.

6) Any and all documents relevant to the proceeding obtained through the discovery process.

7) Any documents provided to Defendant as part of discovery.

(iii) **A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34, the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Past Medial Expenses:

| | |
|---|---|
| 1: Tampa Bay Orthopedic Surgery Group: | $ 2,150.00 |
| 2: Advanced Diagnostic Group: | $ 1,950.00 |
| TOTAL PAST MEDICAL EXPENSES: | $ <u>4,100.00</u> |

Future Medical Damages:

| | |
|---|---|
| 1: Physical Therapy at $200 per visit x 20 visits: | $ 4,000.00 |
| 2: Trigger Point Injections at $500 each x 3: | $ 1,500.00 |
| 3: Arthroscopic Surgery: | $ 50,000.00 |
| 4: Surgical Center: | $ 25,000.00 |
| 5: Anesthesiology: | $ 10,000.00 |
| 6: Prescription and OTC Medications: | $ 2,500.00 |
| 7: Orthopedic Physician Office Visits at $200 x 5 | $ 1,000.00 |
| TOTAL FUTURE MEDICAL ESTIMATE: | $ <u>94,000.00</u> |

Past and Future Pain, Suffering and Emotional Distress:

| | |
|---|---|
| Past: $25 per day (from 02/25/2019 – date of surgical MMI) | $ 18,250.00 |
| Future: $10 per day for Life Expectancy of Plaintiff at 32 additional years: | $116,800.00 |
| TOTAL PAST & FUTURE PAIN, SUFFERING & EMOTIONAL DISTRESS DAMAGES | $ <u>135,050.00</u> |

Past and Future Lost Wages:

| | |
|---|---|
| Past Lost Wages: | $ 2,000.00 |
| Future Lost Wages $2,200.00 per week x 12: | $ 26,400.00 |
| TOTAL PAST AND FUTURE LOST EARNINGS | $ <u>28,400.00</u> |
| **TOTAL PROJECTED DAMAGES:** | **$ <u>261,550.00</u>** |

Any and all other damages the court deems proper in this proceeding.

(iv)    **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2020, I electronically filed this document with the Clerk of the Court by using the CM/ECF System, which will forward electronic copies to Bruce R. Bogan, Esquire (bbogan@hilyardlawfirm.com), and to Melissa J. Sydow, Esquire (mysdow@hilyardlawfirm.com), Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, FL 32802-4973.

Respectfully submitted,

/s/ Vincent R. Pawlowski
VINCENT R. PAWLOWSKI, ESQUIRE
litigation@megajustice.com
Florida Bar Number 0747718
The Pawlowski Mastrilli Law Group
1718 E. 7th Ave., Suite 201
Tampa, FL 33605
(813) 242-4404