UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE DOUGLAS METZ, II.,

Plaintiff,

vs.  CASE NO:  6:19-cv-02372-CEM-EJK

ORANGE COUNTY SHERIFF JOHN W. MINA, Individually and as Orange County Sheriff, CORPORAL PATRICIO GORIS, Badge 5001, and SERGEANT ROBERT SVITAK, Badge 1272, SERGEANT JOHNSON,

Defendants,
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS OF DEFENDANTS, SHERIFF MINA, CORPORAL GORIS, SERGEANT SVITAK**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____IS related to pending or closed civil or criminal case(s) previously filed in this Court, or

any other Federal or State court, or administrative agency as indicated below:

48-2019-MM-001668-O, State v. John Doe, Ninth Judicial Circuit in Orange County, Florida

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or

any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March 2020, a true copy hereof has

been electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to Plaintiff's counsel, Vincent R. Pawlowski, Esquire, The Pawlowski Mastrillis Law Group, 1718 East 7th Avenue, Suite 201, Tampa, Florida  33605.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Melissa J. Sydow, Esquire
Fla. Bar No. 39102
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
Email:msydow@hilyardlawfirm.com
Attorneys for Defendants, Sheriff Mina, Corporal Goris, and Sergeant Svitak