UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE DOUGLAS METZ, II.,

Plaintiff,

vs.                                                    CASE NO:  6:19-cv-02372-CEM-EJK

ORANGE COUNTY SHERIFF JOHN W.
MINA, Individually and as Orange County
Sheriff, CORPORAL PATRICIO
GORIS, Badge 5001, and SERGEANT
ROBERT SVITAK, Badge 1272,
and SERGEANT JOHNSON,

Defendants,
_____/

## <u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS, SHERIFF MINA, CORPORAL GORIS and SERGEANT SVITAK</u>

I hereby disclose the following pursuant to this Court's Order:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Bruce R. Bogan, Esq. - attorney representing
Defendants, Sheriff Mina, Corporal Goris and Sergeant Svitak
Hilyard, Bogan & Palmer, PA
105 East Robinson St.
Ste 201
Orlando Fl 32801

Kimberly Burchins, Esq. - attorney representing the Plaintiff
Pawlowski Mastrilli Law Group
1718 East 7th Avenue, Suite 201
Tampa, FL 33605

Corporal Patricio Goris- Defendant

c/o Bruce R. Bogan, Esq.
Hilyard, Bogan & Palmer, PA
105 East Robinson St.
Ste 201
Orlando Fl 32801

Hilyard, Bogan & Palmer, P.A. – law firm representing
Defendants, Sheriff Mina, Corporal Goris and Sergeant Svitak
105 East Robinson Street, Suite 201
Orlando, FL  32801

Sergeant Johnson- Defendant

George Douglas Metz, II- Plaintiff
c/o Vincent R. Pawlowski, Esquire
Pawlowski Mastrilli Law Group
1718 East 7th Avenue, Suite 201
Tampa, FL 33605

John W. Mina as Sheriff of Orange County, Florida-Defendant
c/o Bruce R. Bogan, Esq.
Hilyard, Bogan & Palmer, PA
105 East Robinson St.
Ste 201
Orlando Fl 32801

Pawlowski Mastrilli Law Group- law firm representing the Plaintiff
1718 East 7th Avenue, Suite 201
Tampa, FL 33605

Vincent R. Pawlowski, Esq. - attorney representing the Plaintiff
Pawlowski Mastrilli Law Group
1718 East 7th Avenue, Suite 201
Tampa, FL 33605

Sergeant Robert Svitak- Defendant
c/o Bruce R. Bogan, Esq.
Hilyard, Bogan & Palmer, PA
105 East Robinson St.
Ste 201
Orlando Fl 32801

Melissa J. Sydow, Esq. – attorney representing
Defendants, Sheriff Mina, Corporal Goris and Sergeant Svitak
Hilyard, Bogan & Palmer, PA
105 East Robinson St.

Ste 201
Orlando Fl 32801

2.)      the name of every entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   None.

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   None.

4.)     the name of each victim (individual or corporate), of a civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:  None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Date:   March 24, 2020.

<div style="margin-left:40%">

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Melissa J. Sydow, Esquire
Fla. Bar No. 39102
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
Email:msydow@hilyardlawfirm.com
Attorneys for Defendants, Sheriff Mina, Sergeant Svitak, and Corporal Goris

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March 2020, a true copy hereof has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to Plaintiff's counsel, Vincent R. Pawlowski, Esquire, The Pawlowski

Mastrillis Law Group, 1718 East 7th Avenue, Suite 201, Tampa, Florida  33605.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
Melissa J. Sydow, Esquire
Fla. Bar No. 39102
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
Email:msydow@hilyardlawfirm.com
Attorneys for Defendants, Sheriff Mina, Sergeant
Svitak, and Corporal Goris