UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE DOUGLAS METZ, II

    Plaintiff,

v.                                             Case No. 6:19-cv-2372-CEM-EJK

ORANGE COUNTY SHERIFF JOHN W.
MINA, Individually and as Orange County
Sheriff, CORPORAL PATRICIO GORIS,
Badge 5001, and SERGEANT ROBERT
SVITAK, Badge 1272, and SERGEANT
JOHNSON

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF DISCLOSURE OF EXPERT REPORTS

The Plaintiff, GEORGE DOUGLAS METZ, II, by and through his undersigned attorney, and pursuant to *Federal Rules of Civil Procedure* 26(a)(2) and (e), submits this Notice of Disclosure of Expert Reports.

1. Seth Gasser, M.D.
   Tampa Bay Orthopedic Surgery Group
   1100 W. Kennedy Blvd.
   Tampa, FL 33606

   Qualifications: Physician, licensed to practice in Florida. Board Certified in Orthopedic Surgery

   Substance of Opinions: Evidence of Plaintiff's medical condition, causation of medical condition; treatment received and required for the medical condition; cost of such medical treatment received and required, physical restrictions and limitations resulting from such medical conditions; and, permanency and impairment rating per the AMA Guidelines due to such medical conditions, and any and all other opinions elicited as a result of the examination, diagnosis and treatment of Plaintiff.

2. Flora Stepansky, M.D.
   Advanced Diagnostic Group
   3104 W. Waters Ave. #106
   Tampa, FL 33614

   Qualifications: Physician, licensed to practice in Florida. Specialized Orthopedic, Spine and Sports Medicine Radiologist; Fellowship Trained, Board Certified

Substance of Opinions: Evidence of Plaintiff's medical condition, diagnosis and cause of such medical condition, and any and all other opinions elicited as a result of the examination, diagnosis and treatment of Plaintiff.

3. Jessica Pintos-Leggett, PTA
   Cora Physical Therapy
   5036 SE 110 Street, Suite 101
   Belleview, FL 34420-3759

   Qualifications: Physical Therapy Assistant, Licensed to practice in Florida.

   Substance of Opinions: Evidence of Plaintiff's receipt of physical therapy, duration of such care and treatment; and, results of such care and treatment, and any and all other opinions elicited as a result of the examination, diagnosis, and treatment of Plaintiff.

4. Dhavalkumar Modi, PT
   Cora Physical Therapy
   5036 SE 110 Street, Suite 101
   Belleview, FL 34420-3759

   Qualifications: Physical Therapist, Licensed to practice in Florida.

   Substance of Opinions: Evidence of Plaintiff's receipt of physical therapy, duration of such care and treatment; and, results of such care and treatment, and any and all other opinions elicited as a result of the examination, diagnosis, and treatment of Plaintiff.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 24th day of February, 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF System, which will forward electronic copies to Bruce R. Bogan, Esquire (bbogan@hilyardlawfirm.com), and to Melissa J. Sydow, Esquire (mysdow@hilyardlawfirm.com), Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, FL 32802-4973.

/s/ Vincent R. Pawlowski
VINCENT R. PAWLOWSKI
litigation@megajustice.com
Florida Bar Number 0747718
The Pawlowski Mastrilli Law Group
1718 E. 7th Ave., Suite 201
Tampa, FL 33605
(813) 242-4404
Attorney for Plaintiff