UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE DOUGLAS METZ, II

    Plaintiff,

v.                                               Case No. 6:19-cv-2372-CEM-EJK

ORANGE COUNTY SHERIFF JOHN W.
MINA, Individually and as Orange County
Sheriff, CORPORAL PATRICIO GORIS,
Badge 5001, and SERGEANT ROBERT
SVITAK, Badge 1272, and SERGEANT
JOHNSON

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiff, by and through the undersigned counsel and hereby dismisses the above-styled cause of action with prejudice as to ORANGE COUNTY SHERIFF JOHN W. MINA, Individually and as Orange County Sheriff, CORPORAL PATRICIO GORIS, Badge 5001, and SERGEANT ROBERT SVITAK, Badge 1272, **ONLY**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 29th day of March, 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF System, which will forward electronic copies to Bruce R. Bogan, Esquire (bbogan@hilyardlawfirm.com), and to Melissa J. Sydow, Esquire (mysdow@hilyardlawfirm.com), Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, FL 32802-4973.

                                    /s/ Vincent R. Pawlowski
                                    VINCENT R. PAWLOWSKI
                                    litigation@megajustice.com
                                    Florida Bar Number 0747718
                                    The Pawlowski Mastrilli Law Group
                                    1718 E. 7th Ave., Suite 201
                                    Tampa, FL 33605
                                    (813) 242-4404
                                    Attorney for Plaintiff